Probation Form No. 34
(1/92)

Report and Order Terminating Probation / Supervised Release

# UNITED STATES DISTRICT COURT
## for the
### Western District Of North Carolina

UNITED STATES OF AMERICA

Vs.

Stevie Rashad Twitty
Crim. No: 0419 4:94CR00044-019

FILED
ASHEVILLE, N. C.

MAY - 9 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 11/27/1995 . Therefore, the period of Probation/TSR expired on 4/25/2005, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

*Stephen D. Cook*
Stephen D. Cook
U.S. Probation Officer